

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00798-CR

**IN RE** Flanzo LaFonte **TOWNES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

On November 17, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 18th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009CR0764, styled *The State of Texas v. Flanzo LaFonte Townes*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.